IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

v.

JOSHUA MENDEZ-ROMERO (09)

Defendant

CRIMINAL NO.: 17-622-09 (FAB)

## MOTION FOR ORDER TO THE USMS FOR THE TRANSFER OF JOSHUA MENDEZ-ROMERO  TO MDC GUAYNABO

TO:    THE HONORABLE FRANCISCO A. BESOSA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Defendant Mendez-Romero by and through undersigned counsel, hereby moves the Court, pursuant to the guarantees of the Fifth, and Sixth Amendments to the United States Constitution, for an order directing the United States Marshal Service to transfer Mr. Mendez-Romero , to MDC Guaynabo, for the following reasons:

1. On 2/19/2018 the defendant filed a motion (DE 350) for his return to Puerto Rico. Same was denied (DE 351). To date, he continues uninterruptedly confined at FDC Miami.

2. At present the case is at a critical stage where the defendant needs to make decisions, such as whether he will enter into a plea agreement, or whether he will proceed to trial.

3. Given the critical stage this case is at, the undersigned is no longer able to adequately counsel Mr. Mendez remotely; this is a very serious case; it includes substantial Rule 16 disclosures; and a possible joint trial to take place early in the year 2020 (see D.E. 2108).

4. For this reason we request that the defendant be transferred to Puerto Rico on or before November 30th, 2019, lest his Sixth Amendment rights be irreparably harmed.

**WHEREFORE**, it is respectfully requested from this Honorable Court to enter an order as requested herein, and that Mr. Mendez-Romero be transferred to Guaynabo MDC where he may have meaningful and adequate access to counsel.

On this 24th day of October 2019, it is Respectfully Submitted.

**S/JOSE LUIS NOVAS DEBIEN**
USDC-PR # 213905
PMB 382
Calaf 400
San Juan, Puerto Rico 00918
Tel:  787-754-8300
Cell: 787-640-2174
E-Mail: jnovas1@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with consequent service on counsel for all parties.

s/Jose Luis Novas Debien