IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff<br><br>       v.<br><br>JOSHUA MENDEZ-ROMERO (09)<br><br>       Defendant | CRIMINAL   NO.:   17-622-09 (FAB) |

## INFORMATIVE MOTION REGARDING STATUS OF NEGOTIATIONS

TO:  THE HONORABLE FRANCISCO A. BESOSA
     UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF PUERTO RICO

Defendant Mendez-Romero by and through undersigned counsel, hereby informs the court as follows:

1. Mr. Méndez-Romero is currently housed at F.D.C. Miami. He has been there since very close to inception of this case.

2. On November 13th, 2019 a final plea offer was tendered by the Government.

3. On December 4th, 2019 the undersigned counsel was able to secure a VTC conference with our client in order to discuss the final offer. Client needed more time to consider, so no definitive answer was forthcoming.

4. Following up on our discussions with our client, we scheduled through the FPDO another VTC for December 17th, 2019.

Despite the undersigned showing up in time for the conference, same could not be had—--as reported by FPD's personnel—--due to a lockdown at FDC Miami.

5. On January 2nd we received a follow up e-mail from AUSA Montañez inquiring whether our client would accept or decline the final offer, but due to the failed VTC attempt we simply could not provide an answer. At any rate, the deadline to accept---lest the offer be withdrawn---was set for today, January 16th, 2020.

6. On January 3rd, 2020, we elected to send our client a *Lafler* letter, recapping the pending offer, and the evidence in the case. We informed our client we would make arrangements for a VTC on the 13th, 14th or 15th of January in order to know his final decision. Said VTC was scheduled through the FPD's office for January 13th, 2020.

7. On January 13th, 2020 we arrived early to the FPD's office for the VTC, set for 10:00 a.m. When we arrived at 9:40 a.m. we were told that a bad connection impeded that the first VTC, set for 9:00 a.m. take place. We elected to stay until 10:00 a.m. Sometime around 10:10 am we were told that the problem persisted, so the VTC could not be arranged.

8.    The undersigned requested immediately that we be accommodated in the next possible slot, either on the 13th, 14th or 15th, that is, before today's deadline. Alas, this was not possible as there are new rules, and were thus informed that Miami FDC will schedule VTC's for the week following the day when one requests the VTC. In other words, our new request for a VTC could only be accommodated for next week, and not on the next available slot this week as we requested.

9. At this time we have been able to secure yet another tile slot for Tuesday the 21st at 12:00 at the FPD's office VTC terminal. The Government has informed that it agrees to maintain the offer on the table until next week in our particular case, when we are hopeful we can finally get together with our client[1].

**WHEREFORE,** Mr. Méndez-Romero respectfully requests that this Court take notice of the above information and efforts at communicating with our client through the VTC mechanism.

On this 16th day of January, 2020, it is Respectfully Submitted.

---

[1] The defense is well aware of the wide latitude provided by the court so that counsel can travel and meet personally at Miami FDC. We indeed availed ourselves of such opportunity and personally met with our client for several hours on March 28th, 2019; thereafter we have relied on the VTC mechanism to counsel our client.

**S/JOSE LUIS NOVAS DEBIEN**
USDC-PR # 213905
PMB 382
Calaf 400
San Juan, Puerto Rico 00918
Tel:   787-754-8300
Cell: 787-640-2174
E-Mail: jnovas1@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with consequent service on counsel for all parties.

s/Jose Luis Novas Debien